**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No:  97-14687   AJC   Judge: A. Jay Cristol
Case Name:  Lawrence, Stephan J.
For Period Ending: 09/30/08

Trustee Name:  Alan L. Goldberg, Trustee
Date Filed (f) or Converted (c):  06/12/97 (f)
341(a) Meeting Date:  07/17/97
Claims Bar Date:  08/14/98

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 20.00 | 0.00 | DA | 0.00 | FA |
| 2. DEPOSITS - FPL | 300.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS - Various (Exempt) | 1,150.00 | 0.00 | DA | 0.00 | FA |
| 4. BOOKS, PICTURES AND COLLECTIONS - Various | 340.00 | 0.00 | DA | 0.00 | FA |
| 5. CLOTHING (Exempt) | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. JEWELRY | 30.00 | 0.00 | DA | 0.00 | FA |
| 7. FIREARMS AND SPORTS, PHOTOGRAPHIC | 150.00 | 0.00 | DA | 0.00 | FA |
| 8. PENSION PLANS - Standardized Computer Defined Bene | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 9. STOCK<br>Various | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. PARTNERSHIPS OR JOINT VENTURES<br>Various | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. EQUITABLE OR FUTURE INTERESTS, LIFE<br>Lawrence Family Irrevocable 1991 Irrevocable Trust (based in the Republic of Mauritius) | 7,000,000.00 | 20,000,000.00 | | 0.00 | 20,000,000.00 |
| 12. OTHER PERSONAL PROPERTY OF ANY KIND - Various | 60.00 | 0.00 | DA | 0.00 | FA |
| 13. HOMESTEAD (Exempt) | 325,000.00 | 0.00 | DA | 0.00 | FA |
| 14. CAPITAL GROWTH GROUP (u)<br>Stock Exchange Seat | 0.00 | 127,376.00 | | 127,376.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 16,708.50 | Unknown |
| 16. LAWSUIT (u)<br>Sanctions Against Robert A. Stok, Esq., and the Law Firm of Rosenthal, Rosenthal & Rasco, P.A. and the Law Firm of Behar, Gutt & Glazer, P.A., and Stephan Jay Lawrence Pursuant to 28 U.S.C. 1927, 11 U.S.C 105 (a), Rule 9011.... | 0.00 | 130,000.00 | | 130,000.00 | FA |
| 17. REAL PROPERTY (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |

LFORM1

Ver: 14.11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Case No:     97-14687    AJC   Judge: A. Jay Cristol
Case Name:   Lawrence, Stephan J.

Trustee Name:                    Alan L. Goldberg, Trustee
Date Filed (f) or Converted (c): 06/12/97 (f)
341(a) Meeting Date:             07/17/97
Claims Bar Date:                 08/14/98

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Proceeds from the sale of a Manhattan Cooperative owned by Fredrica Lawrence | | | | | |
| 18. LAWSUIT (u) | 0.00 | 12,203.00 | | 12,203.00 | FA |
| Sanctions Against the Probate Estate of Frederica Lawrence | | | | | |
| 19. LAWSUIT (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| Settlement on Alan L. Goldberg v Goldstein Tanen & Trench, P.A. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $7,777,050.00 | $20,297,079.00 | | $313,787.50 | $20,000,000.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating potential preference and fraudulent conveyance actions

Fourteenth Interim Application for Compensation for Paul A Avron Esq, Trustee's Attorney, Period: 11/16/2007 to 9/30/2008, Fee: $41,479.00, Expenses: $1,429.65. filed 10/02/08 (hearing set for 11/04/08)

Order Awarding Fifth Interim Application For Compensation (Re: # 1959) for Michael S Budwick, as Special Counsel, fees awarded: $15,270.00, expenses awarded: $515.83 dated 05/06/08

Order Awarding Thirteenth Interim Application For Compensation (Re: # 1913) for Paul A Avron, Counsel For Chapter 7 Trustee, Fees Awarded: $151,236.00, Expenses Awarded: $7,469.07

Motion to Compel Production Of Witnesses And Documents For November 20, 2007 Hearing, Filed by Debtor Stephan Jay Lawrence

Supplemental Interim Application for Thirteenth Compensation and Reimbursement of Expenses to Berger Singerman, P.A. as Counsel for Alan L. Goldberg, Chapter 7 Trustee for Paul A Avron Esq, Trustee's Attorney, Period: 10/1/2007 to 11/15/2007, Fee: $13,972.50, Expenses: $173.00.

Summary of Thirteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Berger Signerman, P.A., as Counsel for the Trustee filed on 10/16/07

LFORM1                                                                                                            Ver: 14.11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | | |
|---|---|---|---|
| Case No: | 97-14687    AJC    Judge: A. Jay Cristol | Trustee Name: | Alan L. Goldberg, Trustee |
| Case Name: | Lawrence, Stephan J. | Date Filed (f) or Converted (c): | 06/12/97 (f) |
| | | 341(a) Meeting Date: | 07/17/97 |
| | | Claims Bar Date: | 08/14/98 |

Appellant's Request For Order To Compel Production of Witnesses and Documents for August 7, 2007 filed on 8/1/07 (Hearing 8/7/07 @ 2:30 P.M.) Response filed by Debtor on 8/6/07 in Addition, Motion for Protective Order, Motion to Quash Request for Order to Compel

Motion for Order to Show Cause why the Debtor Should not be Held in Civil Contempt of this Court's Order (1) Granting Trustee's Motion For Imposition of Post-Release Obligations on Debtor Stephan Jay Lawrence, and (II) Denying Debtor's Motion for (1) Protection and to Quash Post-Release Obligations; and Stay filed on 7/23/07 (Hearing 8/7/07 @ 2:30 P.M.)

Motion to Strike Part of Debtors's Notice of Appeal, as Amended 1787 Noitice of Appeal filed 6/8/07

Debtor's Motion to Reconsider Order Dening Motion for Permission to (I) Travel Outside the State of Florida, and (II) Obtain a Passport without Restriction filed on 5/31/07 Hearing 6/20/07) (Response Filed on 06/12/07) (Order Dated 06/18/07

2006 Federal Income Taxes filed on 04/09/07

Order AwardingTwelfth Interin Applicaton for Allowance and Payment of Compensation and Reimbursement of Expenses to Berger Singerman, P.A., Counsel for the Trustee dated 12/06/06 (fees $79,091.50 & expenses $4,058.13)

fourth Interim Fee Application of Meland Russin & Budwick P.A., as Special Counsel to Trustee filed on 05/11/06; Fees $2,460.00; Costs $149.88

Filed 2005 Federal Income Taxes on 03/27/06 (Order dated 06/15/06)

Order Dated 11/30/06 On Trustee's Report To Court Regarding Storch & Brenner Files and Request For Final Hearing.

Order Dated 11/17/05 Granting Motion to Stay Destruction of Files

Summary of Eleventh Interim Applicaton for Allowance and Payment of Compensation and Reimbursement of Expenses to Berger Singerman, P.A., counsel for the Trustee filed on 11/04/05

Trustee's Omnibus Response To (I) Supplement To Debtor's Objections To Proposed Findings, Pursuant To Fed.R.Bankr.P 9033, (II) Debtor's Request To Transfer CP'S 1623 and 1633 To District Court, Pursuant To Transfer Statute 28 U.S.C 1631 (III) Motion To Strike Court Paper #1636 (Trustee's Response in Opposition To Lawrence's Supplement To Rule 9033 Objections (CP #16290-1 For Failure To Serve, (IV) Appellant Stephan J. Lawrence's Further Designation Of Items To Be Inclueded/Added In Record On Appeal; And Appellant Stephan J. Lawrence's Further Statement of Appellate Issues filed on 10/11/05

Order dated 11/03/05 on allowing payment for storage of Storch & Brenner files (Order on Trustee's Report to Court Regarding Storch & Brenner Files and Request for Final Hearing

Order Dated 10/05/05 Order On Disposition of Certain Files (The Trustee is Granted Administrative Expense Claim in the Amount of $295.00 for out of pocket expenses incurred through August 2005 in connection with storage facility of certain files)  This sum may be paid immediately from funds on hand held by the Trustee.

Order Dated 09/30/05 Denying Debtor's Emergency Motion to Compel Delivery of Court Papers and Request For Extension of Time or Stay as Moot

Trustee Response in Opposition to Debtor's Further Supplement to Debtor's Objection to Proposed Findings of Fact and Conclusions of Law, Pursuant to FEDR BANKRP. 9033 filed on 09/22/05

Motion Of Ronald G. Neiwirthrand Fowler White Burnett, P.A. For Protective Order filed on 09/21/05 (Order Dated 09/21/05)

Trustee Notice of Examination of Files and Request For Hearing on Final Disposition thereof; (II) Request For Administrative Expence Claim filed on

LFORM1    Ver: 14.11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| | | |
|---|---|---|
| Case No: 97-14687   AJC   Judge: A. Jay Cristol | Trustee Name: | Alan L. Goldberg, Trustee |
| Case Name: Lawrence, Stephan J. | Date Filed (f) or Converted (c): | 06/12/97 (f) |
| | 341(a) Meeting Date: | 07/17/97 |
| | Claims Bar Date: | 08/14/98 |

09/14/05(Hearing 09/26/05)(Order Dated 09/14/05)

Order Dated 09/07/05 Denying Debtor's Motion To Reconsider Dismissing Appeal.

Trustee's Ex-Parte Motion For Order Directing The U.S. Marshal To Transport Stephan Jay Lawrence From The FDC To Bankruptcy Court For 2004 Examination of Ronald Neithwirth filed on 09/09/05(Order Dated 09/12/05)

Reviewing/Objecting to Claims

2004 Federal Income Taxes filed on 04/11/05

Order dated 01/06/05 Denying Debtor's Motion for Rehearing and Canceling Hearing Theron

Order dated 12/01/04 Awarding Tenth Interim Application for Allowance and Payment of Compensation adn Reimbursement of Expenses to Berger Singerman, P.A.

Order dated 09/22/04 Awarding Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Meland Russin Hellinger & Budwick, P.A.

2003 Income Taxes filed on 04/07/04

Trustee's Response in Opposition to Emergency Motion to Quash Deposition of Secretary of Debtor's Former Lawyer.

Trustee's Response in Opposition to Debtor's Emergency Motion to Vacate or Stay his Incarceration for Failure to Grant Him Immunity and to Address in a Timely Manner His Fifth Amendment Privilege Claims.

Order Denying Debtor's Motion for Discovery From His Former Counsel and Motion for Reconsideration Concerning Order Denying His Request for Discovery from Former Counsel (CP#s 1259 and 1273) dated 06/28/04

Order dated 12/02/03 Awarding Michael S. Budwick, PA Sixth Interim Compensation and Reimbursement of Expenses to Special Counsel for Chapter 7 Trustee.

Notice of Withdrawal, Without Prejudice, of Trustee's Motion to Compel Production of Documents Responsive to Subpoena Duces Tecum Served Upon UBS AG filed on 11/14/03.

Trustee's Motion for Court to Respond to Letter from Laussane Court in Respect to Hague Proceeding Directed at UBS AL (Hearing date 11/04/03 @ 2:30 p.m.)(Order dated 11/04/03)(Opposition filed by Debtor; response from Trustee to Debtor's objection to hearing)

Order 10/08/03 Authorizing Employment of Michael S. Budwick (Meland Russin Hellinger & Budwick, P.A.) as Special Counsel for the Trustee.

2002 Income Taxes filed on 10/13/03

Motion To Pay Income Taxes filed on 11/19/02 (Order dated 11/27/02)

1998, 1999 and 2000 Federal Income Tax Returns mailed on 06/05/01

Order dated 10/4/02 Granting Motion to Approve Partial Compromise and Settlement with Goldstein, Tanen & Trench, P.A. by Alan L Goldberg.

Investigating Asset #11

Filed Application for Extension of Time to File Certain Excise, Income, Informaiton and Other Returns with the IRS (03/17/99)

Order dated 11/30/98 authorizing employment of Alan Fisk (Fiske & Co.) as accountant for the Trustee

Order dated 7/31/98 granting approval of compensation arrangement for counsel of the experts for the Trustee and FRBP 2014 disclosure

LFORM1                                                                                                          Ver: 14.11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

| | | |
|---|---|---|
| Case No: 97-14687 AJC Judge: A. Jay Cristol | Trustee Name: | Alan L. Goldberg, Trustee |
| Case Name: Lawrence, Stephan J. | Date Filed (f) or Converted (c): | 06/12/97 (f) |
| | 341(a) Meeting Date: | 07/17/97 |
| | Claims Bar Date: | 08/14/98 |

Filed Notice of Assets on 4/9/98

Order dated 10/22/97 granting motion for extension of time to file complaints objecting to discharge and objecting to exemptions to 4/14/98.

Order (6/27/97) approving employment of Paul Steven Singerman (Berger & Singerman, PA) as Trustee's attorney

Initial Projected Date of Final Report (TFR): 12/01/99    Current Projected Date of Final Report (TFR): 12/30/09

/s/    Alan L. Goldberg, Trustee
_____ Date: 10/31/08
    ALAN L. GOLDBERG, TRUSTEE

LFORM1    Ver: 14.11

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 97-14687 -AJC | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4499  TIP ACCOUNT |
| Taxpayer ID No: | *******4627 | | |
| For Period Ending: | 09/30/08 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/98 | 14 | Phila Stock Exchange<br>PNCBank cashier's check | Turnover of Stock Proceeds | 1229-000 | 127,376.00 | | 127,376.00 |
| 04/13/98 | 000101 | U.S. COURTS<br>51 SW First Avenue<br>15th FLOOR<br>MIAMI, FL 33130 | Court Filing Fee<br>Adversary filing fee Trustee v. Debtor re denial of discharge | 2700-000 | | 150.00 | 127,226.00 |
| 04/28/98 | | TRANSFER TO ACCT #*******4541 | Bank Funds Transfer | 9999-000 | | 12.74 | 127,213.26 |
| 04/30/98 | 15 | NATIONSBANK | Interest Rate  2.999 | 1270-000 | 166.98 | | 127,380.24 |
| 05/29/98 | 15 | NATIONSBANK | Interest Rate  3.000 | 1270-000 | 303.97 | | 127,684.21 |
| 06/30/98 | 15 | NATIONSBANK | Interest Rate  3.000 | 1270-000 | 336.26 | | 128,020.47 |
| 07/31/98 | 15 | NATIONSBANK | Interest Rate  3.000 | 1270-000 | 326.59 | | 128,347.06 |
| 08/12/98 | | TRANSFER TO ACCT #*******4541 | Bank Funds Transfer | 9999-000 | | 107,000.00 | 21,347.06 |
| 08/31/98 | 15 | NATIONSBANK | Interest Rate  3.000 | 1270-000 | 151.40 | | 21,498.46 |
| 09/30/98 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 53.07 | | 21,551.53 |
| 10/30/98 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 50.25 | | 21,601.78 |
| 11/30/98 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 45.91 | | 21,647.69 |
| 12/31/98 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 46.01 | | 21,693.70 |
| 01/29/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 43.13 | | 21,736.83 |
| 02/16/99 | 8 | WELLS FARGO SECURITIES | Non-Exempt Pension fund | 1129-000 | 463,874.38 | | 485,611.21 |
| 02/26/99 | 8 | Wells Fargo Securities | Non-Exempt Pension Fund | 1129-000 | 430.80 | | 486,042.01 |
| 02/26/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 199.34 | | 486,241.35 |
| 03/01/99 | | TRANSFER TO ACCT #*******4541 | Bank Funds Transfer | 9999-000 | | 750.00 | 485,491.35 |
| 03/31/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1,098.50 | | 486,589.85 |
| 04/30/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1,000.84 | | 487,590.69 |
| 05/28/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 935.97 | | 488,526.66 |
| 06/30/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1,045.06 | | 489,571.72 |
| 07/15/99 | | TRANSFER TO ACCT #*******4541 | Bank Funds Transfer | 9999-000 | | 8,750.00 | 480,821.72 |
| 07/30/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 938.04 | | 481,759.76 |
| | | | Page Subtotals | | 598,422.50 | 116,662.74 | |

Ver: 14.11

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 97-14687 -AJC | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4499  TIP ACCOUNT |
| Taxpayer ID No: | *******4627 | | |
| For Period Ending: | 09/30/08 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 993.55 | | 482,753.31 |
| 09/30/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 933.31 | | 483,686.62 |
| 10/29/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 903.92 | | 484,590.54 |
| 11/30/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 999.39 | | 485,589.93 |
| 12/31/99 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 970.12 | | 486,560.05 |
| 01/31/00 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 969.57 | | 487,529.62 |
| 02/29/00 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 908.61 | | 488,438.23 |
| 03/31/00 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 973.14 | | 489,411.37 |
| 04/05/00 | | Wells Fargo Securities | Non-Exempt Pension Fund | | -476,584.17 | | 12,827.20 |
| | | | Return Pension Plan funds, determined to be exempt, pursuant to order dated 03/23/00. | | | | |
| | | | $464,305.18 Originally Rec'd 02/16 & 02/26/00 (Asset #8) | | | | |
| | | | $12,278.99 Interest Earned (Asset #15) | | | | |
| | 15 | | Memo Amount:    (    12,278.99 ) | 1270-000 | | | |
| | 8 | | Memo Amount:    (    464,305.18 ) | 1129-000 | | | |
| * 04/05/00 | 000103 | Wells Fargo Securities | Return Funds | 1129-003 | | 476,584.17 | -463,756.97 |
| | | | Return Pension Plan funds, determined to be exempt, pursuant to order dated 03/23/00. | | | | |
| * 04/05/00 | 000103 | Wells Fargo Securities | Return Funds | 1129-003 | | -476,584.17 | 12,827.20 |
| 04/28/00 | 15 | NATIONSBANK, N.A. | Interest Rate  2.350 | 1270-000 | 115.04 | | 12,942.24 |
| 05/02/00 | 000102 | Alan Fiske, C.P.A. | ACCOUNTANT FOR TRUSTEE - FEES | 3410-000 | | 6,400.00 | 6,542.24 |
| | | Fiske & Company | Pursuant to Order dated 02/15/00 | | | | |
| | | 6100 Hollywood Blvd | | | | | |
| | | Suite 209 | | | | | |
| | | Hollywood, FL 33024-7938 | | | | | |
| 05/31/00 | 15 | NATIONSBANK, N.A. | Interest Rate  2.350 | 1270-000 | 16.35 | | 6,558.59 |
| 06/30/00 | 15 | NATIONSBANK, N.A. | Interest Rate  2.350 | 1270-000 | 12.65 | | 6,571.24 |

Page Subtotals    -468,788.52    6,400.00

LFORM24

Ver: 14.11

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 97-14687 -AJC | | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4499  TIP ACCOUNT |
| Taxpayer ID No: | *******4627 | | | |
| For Period Ending: | 09/30/08 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/00 | 15 | NATIONSBANK, N.A. | Interest Rate 2.350 | 1270-000 | 13.09 | | 6,584.33 |
| 08/31/00 | 15 | NATIONSBANK, N.A. | Interest Rate 2.350 | 1270-000 | 13.12 | | 6,597.45 |
| 09/29/00 | 15 | NATIONSBANK, N.A. | Interest Rate 2.350 | 1270-000 | 12.30 | | 6,609.75 |
| 10/31/00 | 15 | NATIONSBANK, N.A. | Interest Rate 2.350 | 1270-000 | 13.59 | | 6,623.34 |
| 11/21/00 | 16 | Chad P. Pugatch, P.A. | SETTLEMENT PAYMENT | 1249-000 | 20,000.00 | | 26,623.34 |
| | | | Payment for Rosenthal, Rosenthal & Rasco Pursuant to Order dated 06/06/00 (CP #943) | | | | |
| 11/21/00 | 16 | Akerman, Senterfitt | SETTLEMENT PAYMENT | 1249-000 | 10,000.00 | | 36,623.34 |
| | | | Payment for Behar, Gutt & Glazer Pursuant to Order dated 06/06/01 (CP #943) | | | | |
| 11/30/00 | 15 | NATIONSBANK, N.A. | Interest Rate 2.350 | 1270-000 | 18.44 | | 36,641.78 |
| 12/28/00 | | TRANSFER TO ACCT #*******4541 | Bank Funds Transfer | 9999-000 | | 3,302.00 | 33,339.78 |
| 12/29/00 | 15 | NATIONSBANK, N.A. | Interest Rate 2.350 | 1270-000 | 68.08 | | 33,407.86 |
| 01/31/01 | 16 | Robert A. Stok | SETTLEMENT PAYMENT | 1249-000 | 100,000.00 | | 133,407.86 |
| | | | Pursuant to Order dated 12/04/00. | | | | |
| 01/31/01 | 15 | NATIONSBANK, N.A. | Interest Rate 2.350 | 1270-000 | 71.04 | | 133,478.90 |
| 02/28/01 | 17 | Gary S. Glasser, P.A. | SETTLEMENT PAYMENT | 1249-000 | 20,000.00 | | 153,478.90 |
| | | | Pursuant to Order dated 01/17/01 Approving Settlement. | | | | |
| 02/28/01 | 15 | NATIONSBANK, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 208.21 | | 153,687.11 |
| 03/30/01 | 15 | NATIONSBANK, N.A. | Interest Rate 4.200 | 1270-000 | 314.01 | | 154,001.12 |
| 04/30/01 | 15 | NATIONSBANK, N.A. | Interest Rate 4.200 | 1270-000 | 550.29 | | 154,551.41 |
| 05/31/01 | 15 | NATIONSBANK, N.A. | Interest Rate 4.200 | 1270-000 | 552.26 | | 155,103.67 |
| 06/15/01 | 18 | Gary S. Glasser, P.A. | SETTLEMENT PAYMENT | 1249-000 | 12,203.00 | | 167,306.67 |
| | | | Pursuant to Order dated 05/15/00 (CP #921) | | | | |
| 06/29/01 | 15 | NationsBank, N.A. | Interest Rate 4.200 | 1270-000 | 530.97 | | 167,837.64 |
| 07/31/01 | 15 | NationsBank, N.A. | Interest Rate 4.200 | 1270-000 | 619.11 | | 168,456.75 |
| 08/31/01 | 15 | NationsBank, N.A. | Interest Rate 4.200 | 1270-000 | 601.94 | | 169,058.69 |
| 09/28/01 | 15 | NationsBank, N.A. | Interest Rate 4.200 | 1270-000 | 545.54 | | 169,604.23 |
| | | | Page Subtotals | | 166,334.99 | 3,302.00 | |

Ver: 14.11

LFORM24

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 97-14687 -AJC | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4499 TIP ACCOUNT |
| Taxpayer ID No: | *******4627 | | |
| For Period Ending: | 09/30/08 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/01 | 15 | NationsBank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 645.22 | | 170,249.45 |
| 11/30/01 | 15 | NationsBank, N.A. | Interest Rate 4.200 | 1270-000 | 588.69 | | 170,838.14 |
| 12/31/01 | 15 | NationsBank, N.A. | Interest Rate 4.200 | 1270-000 | 610.45 | | 171,448.59 |
| 01/31/02 | 15 | NationsBank, N.A. | Interest Rate 4.200 | 1270-000 | 612.64 | | 172,061.23 |
| 02/28/02 | 15 | NationsBank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 533.01 | | 172,594.24 |
| 03/29/02 | 15 | NationsBank, N.A. | Interest Rate 1.850 | 1270-000 | 271.39 | | 172,865.63 |
| 04/30/02 | 15 | NationsBank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 263.04 | | 173,128.67 |
| 05/31/02 | 15 | NationsBank, N.A. | Interest Rate 1.550 | 1270-000 | 269.18 | | 173,397.85 |
| 06/28/02 | 15 | NationsBank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 220.90 | | 173,618.75 |
| 07/31/02 | 15 | NationsBank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 228.57 | | 173,847.32 |
| 08/30/02 | 15 | NationsBank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 228.86 | | 174,076.18 |
| 09/30/02 | 15 | NationsBank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 221.77 | | 174,297.95 |
| 10/23/02 | 19 | Berger Singerman, P.A. | SETTLEMENT PAYMENT | 1249-000 | 7,500.00 | | 181,797.95 |
| | | | Settlement re: Alan L. Goldberg v. Goldstein, Tanen & Trench, P.A. - Order dated 10/4/02 | | | | |
| 10/31/02 | 15 | NationsBank, N.A. | Interest Rate 1.550 | 1270-000 | 230.71 | | 182,028.66 |
| 11/29/02 | 15 | NationsBank, N.A. | Interest Rate 1.550 | 1270-000 | 231.89 | | 182,260.55 |
| 12/10/02 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 82,453.00 | 99,807.55 |
| 12/31/02 | 15 | NationsBank, N.A. | Interest Rate 1.150 | 1270-000 | 145.63 | | 99,953.18 |
| 01/31/03 | 15 | NationsBank, N.A. | Interest Rate 1.150 | 1270-000 | 97.63 | | 100,050.81 |
| 02/28/03 | 15 | NationsBank, N.A. | Interest Rate 1.150 | 1270-000 | 88.26 | | 100,139.07 |
| 03/31/03 | 15 | NationsBank, N.A. | Interest Rate 0.800 | 1270-000 | 85.32 | | 100,224.39 |
| 04/30/03 | 15 | NationsBank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 65.90 | | 100,290.29 |
| 05/30/03 | 15 | NationsBank, N.A. | Interest Rate 0.800 | 1270-000 | 68.13 | | 100,358.42 |
| 06/30/03 | 15 | NationsBank, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 66.00 | | 100,424.42 |
| 07/31/03 | 15 | NationsBank, N.A. | Interest Rate 0.800 | 1270-000 | 68.23 | | 100,492.65 |
| 08/29/03 | 15 | NationsBank, N.A. | Interest Rate 0.800 | 1270-000 | 68.27 | | 100,560.92 |
| 09/30/03 | 15 | NationsBank, N.A. | Interest Rate 0.500 | 1270-000 | 58.69 | | 100,619.61 |
| 10/31/03 | 15 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 42.73 | | 100,662.34 |

Page Subtotals 13,511.11 82,453.00

LFORM24

Ver: 14.11

FORM 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 97-14687 -AJC | | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4499  TIP ACCOUNT |
| Taxpayer ID No: | *******4627 | | | |
| For Period Ending: | 09/30/08 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/03 | 15 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 41.36 | | 100,703.70 |
| 12/31/03 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 42.50 | | 100,746.20 |
| 01/30/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 34.13 | | 100,780.33 |
| 02/27/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 31.94 | | 100,812.27 |
| 03/31/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 34.16 | | 100,846.43 |
| 04/30/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 33.06 | | 100,879.49 |
| 05/28/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 34.17 | | 100,913.66 |
| 06/30/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 33.09 | | 100,946.75 |
| 07/30/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 34.20 | | 100,980.95 |
| 08/31/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 34.22 | | 101,015.17 |
| 09/30/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 33.12 | | 101,048.29 |
| 10/29/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 34.23 | | 101,082.52 |
| 11/30/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 33.15 | | 101,115.67 |
| 12/31/04 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 34.26 | | 101,149.93 |
| 01/31/05 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 34.36 | | 101,184.29 |
| 02/28/05 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 31.05 | | 101,215.34 |
| 03/31/05 | 15 | Bank of America, N.A. | Interest Rate  0.550 | 1270-000 | 34.80 | | 101,250.14 |
| 04/29/05 | 15 | Bank of America, N.A. | Interest Rate  0.550 | 1270-000 | 45.76 | | 101,295.90 |
| 05/31/05 | 15 | Bank of America, N.A. | Interest Rate  0.550 | 1270-000 | 47.32 | | 101,343.22 |
| 06/30/05 | 15 | Bank of America, N.A. | Interest Rate  0.550 | 1270-000 | 45.81 | | 101,389.03 |
| 07/29/05 | 15 | Bank of America, N.A. | Interest Rate  0.550 | 1270-000 | 47.36 | | 101,436.39 |
| 08/31/05 | 15 | Bank of America, N.A. | Interest Rate  0.550 | 1270-000 | 47.39 | | 101,483.78 |
| 09/30/05 | 15 | Bank of America, N.A. | Interest Rate  0.550 | 1270-000 | 45.88 | | 101,529.66 |
| 10/17/05 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 405.32 | 101,124.34 |
| 10/31/05 | 15 | Bank of America, N.A. | Interest Rate  0.550 | 1270-000 | 47.34 | | 101,171.68 |
| 11/11/05 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 110.24 | 101,061.44 |
| 11/30/05 | 15 | Bank of America, N.A. | Interest Rate  0.550 | 1270-000 | 45.71 | | 101,107.15 |
| 12/06/05 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 110.24 | 100,996.91 |

Page Subtotals       960.37       625.80

LFORM24

Ver: 14.11

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 97-14687 -AJC | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4499 TIP ACCOUNT |
| Taxpayer ID No: | *******4627 | | |
| For Period Ending: | 09/30/08 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/05 | 15 | Bank of America, N.A. | Interest Rate 0.550 / 1270-000 | 47.18 | | 101,044.09 |
| 01/23/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,014.67 |
| 01/31/06 | 15 | Bank of America, N.A. | INTEREST REC'D FROM BANK / 1270-000 | 47.20 | | 101,061.87 |
| 02/28/06 | 15 | Bank of America, N.A. | Interest Rate 0.550 / 1270-000 | 42.64 | | 101,104.51 |
| 03/03/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,075.09 |
| 03/31/06 | 15 | Bank of America, N.A. | Interest Rate 0.550 / 1270-000 | 47.22 | | 101,122.31 |
| 04/06/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,092.89 |
| 04/24/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,063.47 |
| 04/28/06 | 15 | Bank of America, N.A. | Interest Rate 1.150 / 1270-000 | 88.89 | | 101,152.36 |
| 05/15/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 63.75 | 101,088.61 |
| 05/31/06 | 15 | Bank of America, N.A. | Interest Rate 1.150 / 1270-000 | 98.77 | | 101,187.38 |
| 06/20/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,157.96 |
| 06/30/06 | 15 | Bank of America, N.A. | Interest Rate 1.150 / 1270-000 | 95.63 | | 101,253.59 |
| 07/27/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,224.17 |
| 07/31/06 | 15 | Bank of America, N.A. | Interest Rate 1.500 / 1270-000 | 124.13 | | 101,348.30 |
| 08/21/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,318.88 |
| 08/31/06 | 15 | Bank of America, N.A. | Interest Rate 1.500 / 1270-000 | 129.10 | | 101,447.98 |
| 09/13/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,418.56 |
| 09/29/06 | 15 | Bank of America, N.A. | Interest Rate 1.500 / 1270-000 | 125.04 | | 101,543.60 |
| 10/25/06 | | Transfer to Acct #*******4541 | TRANSFER TO WRITE CHECKS / 9999-000 | | 29.42 | 101,514.18 |
| 10/31/06 | 15 | Bank of America, N.A. | Interest Rate 1.750 / 1270-000 | 148.84 | | 101,663.02 |
| 11/14/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,633.60 |
| 11/30/06 | 15 | Bank of America, N.A. | Interest Rate 1.750 / 1270-000 | 146.20 | | 101,779.80 |
| 12/11/06 | | Transfer to Acct #*******4541 | Bank Funds Transfer for storage payment / 9999-000 | | 29.42 | 101,750.38 |
| 12/29/06 | 15 | Bank of America, N.A. | Interest Rate 1.750 / 1270-000 | 151.24 | | 101,901.62 |
| 01/16/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,872.20 |
| 01/31/07 | 15 | Bank of America, N.A. | Interest Rate 1.750 / 1270-000 | 151.44 | | 102,023.64 |
| 02/19/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer / 9999-000 | | 29.42 | 101,994.22 |
| | | | Page Subtotals | 1,443.52 | 446.21 | |

Ver: 14.11

LFORM24

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 97-14687 -AJC | | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4499  TIP ACCOUNT |
| Taxpayer ID No: | *******4627 | | | |
| For Period Ending: | 09/30/08 | | Blanket Bond (per case limit): | $  6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 136.95 | | 102,131.17 |
| 03/15/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 29.42 | 102,101.75 |
| 03/30/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 151.77 | | 102,253.52 |
| 04/09/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 29.42 | 102,224.10 |
| 04/30/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 147.05 | | 102,371.15 |
| 05/16/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 29.42 | 102,341.73 |
| 05/31/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 152.13 | | 102,493.86 |
| 06/11/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 29.42 | 102,464.44 |
| 06/13/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 27.42 | 102,437.02 |
| 06/29/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 147.37 | | 102,584.39 |
| 07/25/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 31.69 | 102,552.70 |
| 07/25/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 95.08 | 102,457.62 |
| 07/31/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 152.43 | | 102,610.05 |
| 08/14/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 126.77 | 102,483.28 |
| 08/29/07 | | The Estate of Consolidated Yacht | REIMBURSEMENT | 1229-000 | 95.08 | | 102,578.36 |
| 08/31/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 152.41 | | 102,730.77 |
| 09/28/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 147.74 | | 102,878.51 |
| 09/28/07 | | Transfer to Acct #*******4541 | Bank Funds Transfer | 9999-000 | | 124.54 | 102,753.97 |
| 10/31/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 152.73 | | 102,906.70 |
| 11/30/07 | 15 | Bank of America, N.A. | Interest Rate  1.750 | 1270-000 | 148.02 | | 103,054.72 |
| 12/31/07 | 15 | Bank of America, N.A. | Interest Rate  1.050 | 1270-000 | 111.67 | | 103,166.39 |
| 01/31/08 | 15 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 80.62 | | 103,247.01 |
| 02/29/08 | 15 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 40.90 | | 103,287.91 |
| 03/31/08 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 39.79 | | 103,327.70 |
| 04/30/08 | 15 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 33.88 | | 103,361.58 |
| 05/30/08 | 15 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 21.88 | | 103,383.46 |
| 06/30/08 | 15 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 21.19 | | 103,404.65 |
| 07/31/08 | 15 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 21.90 | | 103,426.55 |
| | | | Page Subtotals | | 1,955.51 | 523.18 | |

LFORM24

Ver: 14.11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

| Case No: | 97-14687 -AJC | | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4499 TIP ACCOUNT |
| Taxpayer ID No: | *******4627 | | | |
| For Period Ending: | 09/30/08 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | 15 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 21.90 | | 103,448.45 |
| 09/30/08 | 15 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 21.20 | | 103,469.65 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 313,882.58 | 210,412.93 | 103,469.65 |
| | Memo Allocation Disbursements: | 476,584.17 | Less: Bank Transfers/CD's | | 0.00 | 203,862.93 | |
| | | | Subtotal | | 313,882.58 | 6,550.00 | |
| | Memo Allocation Net: | -476,584.17 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 313,882.58 | 6,550.00 | |

Page Subtotals        43.10        0.00

Ver: 14.11

LFORM24

FORM 2

Page: 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 97-14687 -AJC | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******4541 DDA ACCOUNT |
| Taxpayer ID No: | *******4627 |  |  |
| For Period Ending: | 09/30/08 | Blanket Bond (per case limit): | $ 6,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/28/98 |  | TRANSFER FROM ACCT #*******4499 | Bank Funds Transfer | 9999-000 | 12.74 |  | 12.74 |
| 04/28/98 | 000101 | Alberto Moreno<br>c/o Brian Behar, Esq<br>2999 NE 191 Street, Suite 800<br>Aventura, FL 33180 | Sale of Property Refund<br>Refund payment Pursuant to Judge Cristol's order For the estate of Frederica Lawrence.<br>The amount of this check represents .01% of the escrow fund | 5200-002 |  | 12.74 | 0.00 |
| 08/12/98 |  | TRANSFER FROM ACCT #*******4499 | Bank Funds Transfer | 9999-000 | 107,000.00 |  | 107,000.00 |
| 08/12/98 | 000102 | BERGER, DAVIS & SINGERMAN, P.A.<br>200 S. BISCAYNE BLVD.<br>SUITE 3410<br>MIAMI, FL 33130 | ATTORNEY FOR TRUSTEE - FEES<br>PAYMENT AUTHORIZATION PURSUANT TO COURT ORDER DATED 07/21/98 | 3210-000 |  | 107,000.00 | 0.00 |
| 03/01/99 |  | TRANSFER FROM ACCT #*******4499 | Bank Funds Transfer | 9999-000 | 750.00 |  | 750.00 |
| 03/01/99 | 000103 | DR. SANFORD JACOBSON<br>JACKSON MEMORIAL HOSPITAL<br>U OF M MEDICAL<br>MENTAL HEALTH BUILDING<br>1611 NW 12 AVENUE, SUITE 109-b<br>MIAMI, FLORIDA 33136 | PSYCHIATRIST FEE<br>PAYMENT AUTHORIZED PURSUANT TO COURT ORDER DATED 12/23/98 | 3991-000 |  | 750.00 | 0.00 |
| 07/15/99 |  | TRANSFER FROM ACCT #*******4499 | Bank Funds Transfer | 9999-000 | 8,750.00 |  | 8,750.00 |
| 07/15/99 | 000104 | Professor Patricia A. Dilley | Witness Fee<br>Witness Fee payment pursuant to Order Awarding Final Compensation to Professor Patricia A. Dilley, Expert Witness for the Trustee dated 07/14/99. | 3991-000 |  | 8,750.00 | 0.00 |
| 12/28/00 |  | TRANSFER FROM ACCT #*******4499 | Bank Funds Transfer | 9999-000 | 3,302.00 |  | 3,302.00 |
| 12/28/00 | 000105 | Dictaphone Corporation | See Memo in File<br>Pursuant to Order dated 12/18/00. | 2990-000 |  | 3,302.00 | 0.00 |
| 12/10/02 |  | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 82,453.00 |  | 82,453.00 |
| 12/10/02 | 000106 | Department of the Treasury | Pursuant to Order dated November 27, 2002 | 2810-000 |  | 7,453.00 | 75,000.00 |

Page Subtotals   202,267.74   127,267.74

Ver: 14.11

LFORM24

FORM 2

Page: 10

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 97-14687 -AJC | | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4541  DDA ACCOUNT |
| Taxpayer ID No: | *******4627 | | | |
| For Period Ending: | 09/30/08 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/10/02 | 000107 | Internal Revenue Service<br>Post Office Box 17167<br>Stop 5760<br>Fort Lauderdale, FL 33318<br>Berger Singerman, P.A.<br>200 S. Biscayne Blvd.<br>Suite 1000<br>Miami, FL 33131-5308 | Pursant to Order dated November 26, 2002 | 3210-000 | | 75,000.00 | 0.00 |
| 10/17/05 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 405.32 | | 405.32 |
| 10/17/05 | 000108 | Alan L. Goldberg<br>Crisis Management, Inc.<br>111 S.W. Third Street<br>Suite 701<br>Miami, FL 33130 | STORAGE FEE<br>Pursuant to Order dated 10/05/05 | 2410-000 | | 295.08 | 110.24 |
| 10/17/05 | 000109 | Alan L. Goldberg<br>Crisis Management, Inc.<br>111 S.W. Third Street<br>Suite 701<br>Miami, FL 33130 | STORAGE FEE<br>Pursuant to Order dated 10/05/05 | 2410-000 | | 110.24 | 0.00 |
| 11/11/05 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 110.24 | | 110.24 |
| 11/11/05 | 000110 | Alan L. Goldberg<br>Crisis Management, Inc.<br>111 S.W. Third Street<br>Suite 701<br>Miami, FL 33130 | STORAGE FEE<br>Pursuant to Order dated 10/05/05 | 2410-000 | | 110.24 | 0.00 |
| 12/06/05 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 110.24 | | 110.24 |
| 12/06/05 | 000111 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>Pursuant to Order dated November 3, 2005 | 2410-000 | | 110.24 | 0.00 |
| 01/23/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |

Page Subtotals    655.22    75,625.80

Ver: 14.11

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 11

| Case No: | 97-14687 -AJC | | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4541 DDA ACCOUNT |
| Taxpayer ID No: | *******4627 | | | |
| For Period Ending: | 09/30/08 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/23/06 | 000112 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>Invoice 2/1/06  unit 763<br>1/4 payment  (share with CYC case) | 2410-000 | | 29.42 | 0.00 |
| 03/03/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 03/03/06 | 000113 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>Invoice 2/1/06  unit 763<br>1/4 payment  (share with CYC case) | 2410-000 | | 29.42 | 0.00 |
| 04/06/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 04/06/06 | 000114 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>Invoice 4/1/06  unit 763<br>1/4 payment  (share with CYC case) | 2410-000 | | 29.42 | 0.00 |
| 04/24/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 04/24/06 | 000115 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>Invoice 5/1/06  unit 763<br>1/4 payment  (share with CYC case) | 2410-000 | | 29.42 | 0.00 |
| 05/15/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 63.75 | | 63.75 |
| 05/15/06 | 000116 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>Invoice 6/1/06  unit 763 + bal per reminder (to be reconciled)<br>1/4 payment  (share with CYC case) | 2410-000 | | 63.75 | 0.00 |
| 06/20/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| * 06/20/06 | 000117 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>Invoice 7/1/06  unit 763<br>1/4 payment  (share with CYC case) | 2410-003 | | 63.75 | -34.33 |
| * 06/20/06 | 000117 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>wrong amount | 2410-003 | | -63.75 | 29.42 |
| 06/20/06 | 000118 | Storage Mart #0505<br>640 SW 2nd Avenue | STORAGE FEE<br>Invoice 7/1/06  unit 763 | 2410-000 | | 29.42 | 0.00 |

Page Subtotals    181.43    210.85

LFORM24

Ver: 14.11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 12

| Case No: | 97-14687 -AJC | | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4541  DDA ACCOUNT |
| Taxpayer ID No: | *******4627 | | | |
| For Period Ending: | 09/30/08 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Miami, FL 33130 | 1/4 payment (share with CYC case) | | | | |
| 07/27/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 07/27/06 | 000119 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 8/1/06  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment (share with CYC case) | | | | |
| 08/21/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 08/21/06 | 000120 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 9/1/06  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment (share with CYC case) | | | | |
| 09/13/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 09/13/06 | 000121 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 10/1/06  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment (share with CYC case) | | | | |
| 10/25/06 | | Transfer from Acct #*******4499 | TRANSFER TO WRITE CHECKS | 9999-000 | 29.42 | | 29.42 |
| 10/25/06 | 000122 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 11/1/06  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment (share with CYC case) | | | | |
| 11/14/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 11/14/06 | 000123 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 12/1/06  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment (share with CYC case) | | | | |
| 12/11/06 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| | | | for storage payment | | | | |
| 12/11/06 | 000124 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 01/01/07  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment (share with CYC case) | | | | |
| 01/16/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 01/16/07 | 000125 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 02/01/07  unit 763 | | | | |

Page Subtotals            205.94            205.94

LFORM24

Ver: 14.11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 13

| Case No: | 97-14687 -AJC | | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4541  DDA ACCOUNT |
| Taxpayer ID No: | *******4627 | | | |
| For Period Ending: | 09/30/08 | | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami, FL 33130 | 1/4 payment  (share with CYC case) | | | | |
| 02/19/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 02/19/07 | 000126 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 03/01/07  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment  (share with CYC case) | | | | |
| 03/15/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 03/15/07 | 000127 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 04/01/07  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment  (share with CYC case) | | | | |
| 04/09/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 04/09/07 | 000128 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 05/01/07  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment  (share with CYC case) | | | | |
| 05/16/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 05/16/07 | 000129 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 06/01/07  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment  (share with CYC case) | | | | |
| 06/11/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 29.42 | | 29.42 |
| 06/11/07 | 000130 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 29.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice 07/01/07  unit 763 | | | | |
| | | Miami, FL 33130 | 1/4 payment  (share with CYC case) | | | | |
| 06/13/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 27.42 | | 27.42 |
| 06/13/07 | 000131 | Storage Mart #0505 | STORAGE FEE | 2410-000 | | 27.42 | 0.00 |
| | | 640 SW 2nd Avenue | Invoice balance owed on unit 763 (increase was not | | | | |
| | | Miami, FL 33130 | applied - from Jan 1/07) | | | | |
| | | | 1/4 payment  (share with CYC case) | | | | |
| 07/25/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 31.69 | | 31.69 |
| 07/25/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 95.08 | | 126.77 |
| * 07/25/07 | 000132 | Storage Mart #0505 | STORAGE FEE | 2410-003 | | 31.69 | 95.08 |

| | | | Page Subtotals | 301.29 | 206.21 |
|---|---|---|---|---|---|

LFORM24

Ver: 14.11

FORM 2

Page: 14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 97-14687 -AJC | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|
| Case Name: | Lawrence, Stephan J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4541  DDA ACCOUNT |
| Taxpayer ID No: | *******4627 | | |
| For Period Ending: | 09/30/08 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/25/07 | 000132 | 640 SW 2nd Avenue<br>Miami, FL 33130<br>Storage Mart #0505 | Invoice balance owed on unit 763  (August 2007)<br>1/4 payment  (share with CYC case)<br>STORAGE FEE | 2410-003 | | -31.69 | 126.77 |
| 07/25/07 | 000133 | 640 SW 2nd Avenue<br>Miami, FL 33130<br>Storage Mart #0505 | wrong amount<br><br>STORAGE FEE<br>Invoice balance owed on unit 763  (August 2007) | 2410-000 | | 126.77 | 0.00 |
| 08/14/07 | | 640 SW 2nd Avenue<br>Miami, FL 33130<br>Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 126.77 | | 126.77 |
| 08/14/07 | 000134 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>Invoice balance owed on unit 763  (September 2007) | 2410-000 | | 126.77 | 0.00 |
| 09/28/07 | | Transfer from Acct #*******4499 | Bank Funds Transfer | 9999-000 | 124.54 | | 124.54 |
| 09/28/07 | 000135 | Storage Mart #0505<br>640 SW 2nd Avenue<br>Miami, FL 33130 | STORAGE FEE<br>Payment for unit 758  (October 2007) | 2410-000 | | 124.54 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 203,862.93 | 203,862.93 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 203,862.93 | 0.00 | |
| | | Subtotal | 0.00 | 203,862.93 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 203,862.93 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 0.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 476,584.17 | TIP ACCOUNT - *******4499 | 313,882.58 | 6,550.00 | 103,469.65 |
| | | DDA ACCOUNT - *******4541 | 0.00 | 203,862.93 | 0.00 |
| Total Memo Allocation Net: | -476,584.17 | | 313,882.58 | 210,412.93 | 103,469.65 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals     251.31     346.39

Ver: 14.11

LFORM24

**FORM 2**

Page: 15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 97-14687 -AJC |
| Case Name: | Lawrence, Stephan J. |
| Taxpayer ID No: | *******4627 |
| For Period Ending: | 09/30/08 |

| | |
|---|---|
| Trustee Name: | Alan L. Goldberg, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4541  DDA ACCOUNT |
| Blanket Bond (per case limit): | $ 6,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | TIP ACCOUNT - ********4499 | | Transfers) | To Debtors) | On Hand |
| | | | DDA ACCOUNT - ********4541 | | | | |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 14.11

LFORM24